**Clayton WILLIAMS, Plaintiff–Appellant,**

v.

**Ms. Denise GELSINGER, Roxbury Correctional Institution; Scott S. Oakley, Executive Director, Inmate Grievance Office, Defendants–Appellees.**

No. 12–7421.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 16, 2012.

Clayton Williams, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clayton Williams, a Maryland prisoner, seeks to appeal the district court's order dismissing his civil action under 28 U.S.C. § 1915(e)(2) (2006). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on July 2, 2012. The notice of appeal was filed on August 12, 2012.* Because Williams failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

court. Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 276, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988)